UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAREEM A. TILLMAN,

                                          **Plaintiff,**                      22-CV-06854 (JLR)(SN)

           -against-                                             **ORDER**

AMBLNZ SERVICES,

                                          **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On October 14, 2022, Plaintiff requested a reissuance of the summons so that he could effect service on Defendant Amblnz Services himself. ECF No. 10. The Court interprets this letter as a request for an extension of time to serve the Defendant under Federal Rule of Civil Procedure 4(m). That request is GRANTED, and Plaintiff has until January 17, 2023, to serve the Defendant. He does not need to await service by the U.S. Marshal Service. He may use the summons issued on August 17, 2022, at ECF No. 7, which the Clerk of Court shall include in the mailing to Plaintiff. Plaintiff may proceed as proposed, by serving the Defendant personally and by mail, or he may request that the Defendant waive service, under Rule 4(d). If Plaintiff requests that the Defendant waive service, he must comply with Rule 4(d)(1)(A)-(G). If Defendant waives service, it will have 60 days to respond to the complaint from the date the request is sent.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:      October 21, 2022
                 New York, New York