UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KAREEM A. TILLMAN,

                      Plaintiff,

        -against-

AMBLNZ SERVICES,

                      Defendant.

-------------------------------------------------------------X

22-CV-06854 (JPC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      At the conference held on September 5, 2023, the Court inquired whether Plaintiff would benefit from the assistance of *pro bono* counsel at a to-be-scheduled settlement conference before the Court, and Plaintiff indicated that he would. Accordingly, Plaintiff's oral application is GRANTED.

      Plaintiff is reminded that there are no funds to secure counsel in civil cases and that the Court relies on volunteers. The Court will endeavor to identify an attorney who is willing to assist Plaintiff, and, if it is able to do so, they will contact Plaintiff directly. Once counsel has been secured for Plaintiff, the Court will schedule a settlement conference.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     September 6, 2023
               New York, New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 9/6/2023*