UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAREEM A. TILLMAN,

                              Plaintiff,

        -against-

AMBLNZ SERVICES,

                              Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2023

22-CV-06854 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                           SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      September 29, 2023
                 New York, New York